1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM SOTO,                              No. 2:24-cv-01222-DAD-SCR (PC)

12                      Plaintiff,

13         v.                                   ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND DISMISSING
14   SACRAMENTO MAIL JAIL, et al.,              ACTION DUE TO PLAINTIFF'S FAILURE
                                                TO PROSECUTE
15                      Defendants.
                                                (Doc. Nos. 2, 5)
16

17

18         Plaintiff William Soto is a county jail inmate proceeding *pro se* and with an application to

19   proceed *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This

20   matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and

21   Local Rule 302.

22         On November 25, 2024, the assigned magistrate judge issued findings and

23   recommendations recommending that this action be dismissed, without prejudice, due to

24   plaintiff's failure to prosecute this action. (Doc. No. 5.) Specifically, the magistrate judge noted

25   that the service copy of the court's August 6, 2024 reassignment order (Doc. No. 4), which was

26   mailed to plaintiff at his address of record, had been returned to the court marked as

27   "Undeliverable." (Doc. No. 5 at 1.) Thus, plaintiff was required to file a notice of his change of

28   address with the court by no later than October 24, 2024. Because plaintiff had not done so, the

                                              1

magistrate judge concluded that plaintiff has failed to comply with Local Rule 183(b)'s requirement that a party appearing *in propria persona* inform the court of any address change. (Doc. No. 5 at 1.)  Further, because plaintiff had not otherwise communicated with the court, the magistrate judge concluded that plaintiff has failed to prosecute this action.  (*Id.*)  The pending findings and recommendations were served on plaintiff by mail at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service.[1]  (*Id.* at 1–2.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on November 25, 2024 (Doc. No. 5) are ADOPTED in full;

2.    This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute this action;

3.    Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED as having been rendered moot by this order; and

4.    The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:    **April 25, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1]  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.